**DENY and Opinion Filed December 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01292-CV**

**IN RE RODNEY J. MCGAFFEY, Relator**

**Original Proceeding from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-10-582**

## MEMORANDUM OPINION

Before Justices Bridges, Osborne, and Carlyle
Opinion by Justice Bridges

Before the Court is relator's October 23, 2019 petition for writ of mandamus, in which he asserts the trial court erred in denying his motion to transfer venue of a suit affecting the parent-child relationship. We also requested and received a response from real party in interest, Ashleigh Herrera.

Entitlement to mandamus relief requires relator to show both that a trial judge has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the mandamus record, as well as the response, we conclude relator has not shown he is entitled to the relief requested.

1

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

191292F.P05